| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 22CR00161 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:24-cr-00173 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT 4 | DIVISION 0976 |
|---|---|---|
| GEORGE POTTER III | NAME OF SENTENCING JUDGE B. Lynn Winmill, Senior United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/03/2024 — TO 07/02/2029 |

**OFFENSE**
18§1344(2) Bank Fraud

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Potter commenced his term of supervision in the Middle District of Pennsylvania on July 3, 2024 and resides with his family. He intends to remain in Pennsylvania.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____  DISTRICT OF   Idaho

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Middle District of Pennsylvania   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/9/2024 — *Date*                           *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Middle   DISTRICT OF   Pennsylvania

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/10/24 — *Effective Date*                           *United States District Judge*

1